**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE FINAL CO. LLC, <br><br> Plaintiff, <br><br> v. <br><br> 16BEAUTYDAY, et al., <br><br> Defendants. | Case No. 20-cv-02640 <br><br> **Judge Harry D. Leinenweber** <br><br> **Magistrate Judge Maria Valdez** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's Entry of a Motion for Preliminary Injunction. Pursuant to Fourth Amended General Order 20-0012 [28], Plaintiff has not noticed the Motion for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

Dated this 11th day of June 2020.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff The Final Co. LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of June 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Kelly Frazier and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

          /s/ Justin R. Gaudio
Amy Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff The Final Co. LLC*