IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE FINAL CO. LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>16BEAUTYDAY, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02640<br><br>**Judge Harry D. Leinenweber**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff The Final Co. LLC's ("Final" or "Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| bigbig_home | 11 |
| bigbig_love | 12 |
| mq.d.store | 42 |
| yuanhatra | 61 |
| jiangyu | 91 |
| paohuo | 99 |
| pepeng | 100 |
| popeng | 101 |
| tininess | 110 |
| varition | 113 |

Dated this 10th day of July 2020.	Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff*